**Gary RAMSEY, Plaintiff—Appellant,**

v.

**ANHEUSER–BUSCH, INC.; et al., Defendants—Appellees.**

No. 02–35272.

D.C. No. CV–01–03062–CO.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 19, 2003.

Gary Ramsey, Ontario, OR, pro se.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Gary Ramsey appeals pro se from the district court's dismissal of his action alleging that he is an alcoholic and seeking to hold defendants, who are either brewers of beer or distillers of spirits, liable for his injuries. We affirm for the reasons stated in the Magistrate Judge's Findings and Recommendation, adopted by the district court on February 3, 2002.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

